# EXHIBIT D



FIND APARTMENTS    BLOG    GET OUR APP    NEXT STEPS                    PROPERTY MANAGERS    MY PLACES    REGISTER    LOG IN

BEDS ▼    PRICE ▼    MORE ▼

Home | Texas | Houston | Hartford Park

# Hartford Park  Save | Compare

3939 Synott Road, Houston, TX 77082

Neighborhood: Eldridge                                                                                      Lifestyles:  Pet Friendly   Senior Living

**Check Availability**    or call:                                                              HD Video    HD Slideshow




| Floor Plans & Pricing | Map & Directions | Apartment Features | Apartment Info | Office Hours & Info |

## Apartment Features

| | |
|---|---|
| Air Conditioning | Balcony |
| Cable Ready | Ceiling Fan(s) |
| Dishwasher | Fireplace |
| New/Renovated Interior | Oversized Closets |
| View | Washer & Dryer Connections |
| Refrigerator | |

## Community Features

| | |
|---|---|
| Emergency Maintenance | Extra Storage |
| Gated Access | High Speed Internet Access |
| Laundry Facility | Playground |
| Public Transportation | Swimming Pool |
| Wireless Internet Access | Senior Living |
| Pet Friendly | |

## Special Features

Pets

Pets Accepted              Breed Restriction



**Check Availability**

This is a Senior Living Community

Hartford Park

* Your Name:            * Email Address:

Phone Number:           Contact Me By:
                        Select

Move-in Date:
Select Date

Message:

Stay in-the-know with our e-newsletter and local community special offers.

Weight restriction: 35
deposit: 300
150.00 non- refundable

$10.00 monthly pet rent

Cats Allowed

Dogs Allowed

## Nearby Listings



From $710
1 - 2 Beds
12906 Brant Rock Drive
Brant Rock Condominiums

Check Availability



From $565
1 - 2 Beds
3803 Synott Road
Ashford Creek

Check Availability

## Additional Features

- Spacious One & Two bedrooms
- One bedroom Townhomes
- Outside storage
- Full size washer and dryer connections
- Cozy wood burning fireplaces
- Ceiling fans
- Cathedral Ceilings
- Garden Windows
- Metal Front doors
- Frost Free Refrigerators with ice makers
- Pass through bars
- Awesome walk in closets
- Very Quiet, Clean Community
- Live Video Monitoring by Stealth Monitoring Inc.
- On Metro Bus line
- Highly Acclaimed Alief School District
- Full service Laundry facility
- Limited Access Gates
- Playground
- Easy access to major freeways
- 24 hour emergency maintenance



From $585
1 - 2 Beds
3950 Ashburnham Drive
Ashford Point

Check Availability



$559-$989
1 - 2 Beds
12803 Brant Rock Drive
Copper Cove

Check Availability

## Moving Resources

**Equifax® Official Site**



Knowing your Equifax Credit Score can help you prepare. Sign Up Today For Your Credit Score!

Get your Free Equifax Score

**Find Qualified Movers in Your Area**



Finding reputable moving companies is easy on Relocation.com. Fill out our moving quote form and connect with reputable movers in your area.

Get Your Free Moving Quote

**Special offer from AT&T**



ONLINE ONLY: Order AT&T U-verse® High Speed Internet and get $50 Reward Card-see details

See Offer Details

VA Home Loans Start Here

vamortgagecenter.com

Have You Served? See if you Qualify For a $0 Down VA Home Loan.

Follow ApartmentGuide.com:     

**Site Links:**   AG Blog    Mobile Apps    Site Map    About Us    Employment    Interest-Based Ads    Advertise    Privacy and Terms    Contact Us

**Our Other Sites:**    Rent.com    Rentals.com    RentalHouses.com    NewHomeGuide.com    RentList.com    Lovely    Property Manager Login



© 2015 RentPath, Inc. All rights reserved. All photos, videos, text and other content are the property of RentPath, Inc. APARTMENT GUIDE and the APARTMENT GUIDE Trade Dress are registered trademarks of RentPath, Inc. or its affiliates.

Apple, the Apple logo, iPad, and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.

School and Demographic data copyright © 2009 Onboard Informatics. School content provided by Onboard Informatics. Information is deemed reliable but not guaranteed. Schools listed above are based on distance from the selected location and are just a sampling of the schools in the area. To find a particular school district, and how it relates to a specific apartment, please contact the apartment manager.

ApartmentGuide.com is part of the Apartment guide ApartmentGuide.com Sites